**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRUCE HARVARD,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **Civil No. 25-cv-1796** |
| | ) | |
| **TREVOR WINGARD,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges. On September 14, 2026, the Magistrate Judge issued a Report and Recommendation, ECF No. 11, recommending that this case be dismissed. Plaintiff Bruce Harvard was informed that objections to the Report and Recommendation were due by October 1, 2026. *See* 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2. No Objections have been filed.

After de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 15th day of October 2026, it is ORDERED that the Report and Recommendation, ECF No. 11, filed on September 14, 2026, is adopted as the Opinion of the Court.

IT IS FURTHER ORDERED that this case is dismissed.

_s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Judge

Bruce Harvard
199143
ALLEGHENY COUNTY JAIL
950 Second Avenue
Pittsburgh, PA 15219